No. 196. BACON & MATHESON FORGE COMPANY ET AL. *v.* UNITED STATES. Appeal from the Circuit Court of

Appeals for the Ninth Circuit. Argued March 9, 1925. Decided March 16, 1925. *Per Curiam.* Judgment affirmed upon the authority of *Hill* v. *United States,* 149 U. S. 593, 598; *Tempel* v. *United States,* 248 U. S. 121, 130; *Horstman Co.* v. *United States,* 257 U. S. 138, 146; *Klebe* v. *United States,* 263 U. S. 188, 191; *Pearson* v. *United States,* ante, p. 000. *Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, with whom *Solicitor General Beck* and *Mr. Randolph S. Collins* were on the brief, for the United States. *Mr. William H. Graham* and *Mr. James Kieper* for appellants, submitted.